UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| Lawrence Rodan, individually, and on behalf of a class of similarly situated persons, | } } } | |
| Plaintiffs, | } } } | Cause No. 3:16-cv-00229-CRS |
| v. | } } } | **NOTICE OF SETTLEMENT** |
| United Guaranty Residential Insurance Company | } } } } | |
| Defendant. | } } | |

*** *** *** *** ***

Plaintiff, Lawrence Rodan ("***Plaintiff***" or "***Mr. Rodan***"), by counsel, gives notice that the parties have agreed to resolve this case by agreement. Mr. Rodan requests that the Court stay all pending deadlines. The parties will file dismissal papers on consummation of the final written agreement.

Respectfully submitted,

/s/ Zachary L. Taylor
Zachary L. Taylor
9900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
(502) 822-2500
ztaylor@taylorlawcenter.com

*Counsel for Plaintiff Lawrence Rodan
and the putative class*

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy will be electronically transmitted to all counsel of record on this the 4th day of August 2016 via the Court's ECF/CM filing system.

/s/ Zachary L. Taylor