**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**LAWRENCE RODAN**                                                                          **PLAINTIFF**

**vs.**                                                    **CIVIL ACTION NO.  3:16CV-229-CRS**

**UNITED GUARANTY RESIDENTIAL**
**INSURANCE COMPANY**                                                            **DEFENDANT**

<u>**ORDER**</u>

Counsel having filed a Stipulation of Dismissal (DN 19),

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, with prejudice, with each

party to bear its own costs and attorneys' fees

Date:   September 8, 2016

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record